

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00524-CR

John Gilbert **CENTENO** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CR-11020
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting: Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice
    Irene Rios, Justice

Delivered and Filed: July 12, 2023

DISMISSED

On May 15, 2023, Appellant John Gilbert Centeno Jr., representing himself, filed a petition for judicial review, but with no reference to an appealable order. We have not found an appealable order under trial court cause number 2021CR11020 relating to Appellant's petition.

On June 1, 2023, we advised Appellant that the clerk's record does not contain an appealable judgment or order. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02 (authorizing a defendant in a criminal action to appeal); *Abbott v. State*, 271 S.W.3d 694, 697 (Tex. Crim. App. 2008) (reiterating that the right to appeal under article 44.02 is limited to appeal from a final

judgment).  We ordered Appellant to show cause in writing by June 21, 2023, why this appeal should not be dismissed for want of jurisdiction.  We warned Appellant that if he failed to show cause in writing as ordered, this appeal would be dismissed for want of jurisdiction.  *See Abbott*, 271 S.W.3d at 697 n.8.

To date, Appellant has not filed any response.  Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

Do not publish